# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SANDRA HARRELL | CIVIL ACTION |
| VERSUS | NUMBER: 2:11-CV-2635 |
| DOLLAR TREE STORES, INC. | SECTION: "B" MAG. 5 |
| | HON. IVAN L.R. LEMELLE |
| | MAGISTRATE ALMA L. CHASEZ |

## ORDER TO DISMISS

**IT IS ORDERED** that the above numbered and titled action be dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this  16th  day of  October , 2012.

_____
UNITED STATES DISTRICT JUDGE